# Order

Michigan Supreme Court
Lansing, Michigan

May 26, 2020

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

160114

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

JOHN KELVIN WILLIAMS,
        Defendant-Appellant.

SC:  160114
COA:  348131
Wayne CC:  17-006374-FH

_____/

By order of December 23, 2019, the prosecuting attorney was directed to answer the application for leave to appeal the June 26, 2019 order of the Court of Appeals.  On order of the Court, the answer having been received, the application for leave to appeal is again considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 26, 2020



Clerk

s0518